UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

United States of America,

    Appellee,

vs.              Dkt. # 23-8050

Sina Moayedi,

    Defendant-Appellant.

---

SUPPLEMENTAL DECLARATION OF COUNSEL IN FURTHER
SUPPORT OF MOAYEDI'S MOTION TO WITHDRAW THIS APPEAL

ANDREW H. FREIFELD, Esq., hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 to the truth of the following:

1. I am a member of the bar of this Court and represent appellant Sina Moayedi on this appeal, having been appointed by this Court pursuant to the Criminal Justice Act by order entered January 16, 2024. On June 12, 2024, I filed a motion here to withdraw this appeal (the "Motion"). I submit this supplemental declaration in further support of the Motion.

2. Attached hereto as Exhibit A is a statement signed by Moayedi that complies with Local Rule 42.2.

3. Based on Exhibit A hereto, and for the reasons set out in the Motion, the Court should grant Moayedi's motion to withdraw this appeal. I have attached hereto a certificate averring service of this motion on Moayedi.

Dated: June 28, 2024
     New York, New York

                         /s/ Andrew H. Freifeld
                         Andrew H. Freifeld

EXHIBIT A

Office of the Clerk
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

Re: United States v. Sina Moayedi, # 23-8050

Dear Honorable Justices:

I am Sina Moayedi, the appellant in the above-referenced appeal. My counsel on the appeal is Andrew H. Freifeld.

Please be informed that: (a) Mr. Freifeld has explained the effect of a voluntary dismissal of the appeal, (b) I understand Mr. Freifeld's explanation, and (c) I desire to withdraw and voluntarily dismiss the appeal.

I have signed and dated this letter below indicating my confirmation of all of the foregoing.

Respectfully submitted,

*[signature]*

Sina Moayedi
Register # 47806-509
FCI Cumberland
Cumberland, MD

Dated: 6-22-24

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

----------------------------------------------------:
United States of America,      :
                    Appellee,      :
                                    :
          vs.      :  Dkt. # 23-8050
                                    :
Sina Moayedi,      :
                 Defendant-Appellant. :
----------------------------------------------------:

## CERTIFICATE OF SERVICE

Andrew Freifeld declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that:

On June 28, 2024, I served the attached supplemental motion to withdraw this appeal on defendant-appellant Sina Moayedi, by placing a copy thereof in an envelope, with appropriate U.S. postage affixed to it, and placed it in a U.S. mailbox, with this addressee set out on the face of the envelope:

        Mr. Sina Moayedi
        Reg. No. 47806-054
        FCI CUMBERLAND
    FEDERAL CORRECTIONAL INSTITUTION
        SATELLITE CAMP
        P.O. BOX 1000
    CUMBERLAND, MD 21501

Dated:    June 28, 2024
               New York, New York

                                                       _____
                                                             Andrew H. Freifeld